**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY
DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Michael**<br>First name<br><br>Middle name | **Veronica**<br>First name<br><br>Middle name |
| Bring your picture identification to your meeting with the trustee. | **Valdez**<br>Last name and Suffix (Sr., Jr., II, III) | **Valdez**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal individual Taxpayer Identification number (ITIN)** | **xxx-xx-1291** | **xxx-xx-2932** |

Debtor 1
Debtor 2   **Valdez, Michael & Valdez, Veronica**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | 23534 Jubilee Ln<br>**Diamond Bar, CA 91765-2137**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing this district to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica** _____     Case number *(if known)* _____

## Part 2:    Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

---

8. **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

9. **Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

11. **Do you rent your residence?**

☒ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1
Debtor 2   **Valdez, Michael & Valdez, Veronica**                                    Case number *(if known)* _____

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

12. **Are you a sole proprietor of any full- or part-time business?**

    ■ No.    Go to Part 4.

    ☐ Yes.   Name and location of business

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    _____
    Name of business, if any

    _____
    Number, Street, City, State & ZIP Code

    Check the appropriate box to describe your business:

    ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐   None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

    ■ No.    I am not filing under Chapter 11.

    ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ■ No.

    ☐ Yes.   What is the hazard?                     _____

    If immediate attention is needed, why is it needed?    _____

    Where is the property?           _____

    _____
    Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2 **Valdez, Michael & Valdez, Veronica**

Case number (if known) _____

---

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Valdez, Michael & Valdez, Veronica | Case number *(if known)* |
|---|---|---|
| Debtor 2 | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Michael Valdez**
Signature of Debtor 1

**Veronica Valdez**
Signature of Debtor 2

Executed on **July 3, 2018**
MM / DD / YYYY

Executed on **July 3, 2018**
MM / DD / YYYY

Debtor 1
Debtor 2 **Valdez, Michael & Valdez, Veronica**

Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date **July 3, 2018**
MM / DD / YYYY

Signature of Attorney for Debtor

**Stephen Darrow**
Printed name

**Darrow Law Group APC**
Firm name

**27349 Jefferson Ave Ste 208**
**Temecula, CA 92590-5612**
Number, Street, City, State & ZIP Code

Contact phone **(951) 296-2848**    Email address _____

**113409**
Bar number & State

B201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

Name: **Darrow Law Group APC**

Address: **27349 Jefferson Ave Ste 208**

**Temecula, CA  92590-5612**

Telephone: **(951) 296-2848**          Fax: **(951) 719-3817**

☑ Attorney for Debtor

☐ Debtor in Pro Per

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Valdez, Michael**<br>**Valdez, Veronica** | Case No.: |
|  | **NOTICE OF**<br>**AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:** Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:** Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____        _____
Printed Name and title, if any, of Bankruptcy Petition Preparer          Social Security number (if the bankruptcy petition
Address:                                                                 preparer is not an individual, state the Social Security
                                                                         number of the officer, principal, responsible person,
        _____                         or partner of the bankruptcy petition preparer.)
                                                                         (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer or officer, principal,
responsible person, or partner whose Social Security number is
provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Valdez, Michael & Valdez, Veronica**_____        X _____ **7/03/18**
Printed Name(s) of Debtor(s)                                 Signature of Debtor                          Date

Case No. (If known) _____                    X _____ **7/03/18**
                                                             Signature of Joint Debtor (if any)           Date

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Veronica Valdez** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B......................................... | $            742,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $             22,248.72 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $            764,748.72 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A,*Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            696,506.00 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of*Schedule E/F.*.............................. | $                  0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of*Schedule E/F.*......................... | $             57,785.00 |
| **Your total liabilities** | $            754,291.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.    *Schedule I: Your Income*(Official Form 106I) Copy your combined monthly income from line 12 of*Schedule I.*............................................................... | $              5,146.33 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.*........................................................ | $              4,926.30 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.    **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**                         Case number *(if known)* _____

☐    **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the
court with your other schedules.

8.    **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| | $ 7,564.22 |

9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Valdez** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Veronica Valdez** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                               12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes.  Where is the property?

1.1

**23534 Jubilee Ln**
Street address, if available, or other description

**Diamond Bar       CA     91765-2137**
City            State     ZIP Code

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$672,500.00** | **$672,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**

Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**615 Sunset Ln**

Street address, if available, or other description

**Sugarloaf**        **CA**    **92386**

City            State    ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Debtor parents make all payments with regards to this property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?        Current value of the portion you own?

**$70,000.00**            **$70,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................................=>

**$742,500.00**

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1    Make:

Model:

Year:

Approximate mileage:

Other information:

**2010 Mitisubishi Galant
230,000 Miles
Salvage title**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?        Current value of the portion you own?

**$1,000.00**            **$1,000.00**

3.2    Make:

Model:

Year:

Approximate mileage:

Other information:

**2002 Chevrolet Silverado
210,000 MIles**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?        Current value of the portion you own?

**$1,966.00**            **$1,966.00**

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                     Case number *(if known)*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
   you have attached for Part 2. Write that number here..........................................................=>      | $2,966.00 |

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Misc household goods and furnishings such as major appliances, furniture, linens, china, kitchenware | $1,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Misc electronics such as televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Misc Wear apparel such as everyday clothes, furs, leather coats, designer wear, shoes, accessories | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Official Form 106A/B                     Schedule A/B: Property                     page 3

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**    Case number *(if known)*

| | |
|---|---|
| Misc jewelry such as everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver | **$200.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Household pets 1 dog | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$2,400.00** |

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    17.1.    **Checking Account**    **Checking account**    $220.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes.  Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:    Institution name:

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Valdez, Michael & Valdez, Veronica**                    Case number *(if known)*

| | | |
|---|---|---|
| **401(k) or Similar Plan** | **Fidelity Rollover IRA** | $6,783.72 |
| **401(k) or Similar Plan** | **American Funds IRA** | $9,879.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ...................                 Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
             unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.
   Company name:                       Beneficiary:                    Surrender or refund value:

   **Term life insurance policy through employer (no cash or loan value)**                                        $0.00

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Valdez, Michael & Valdez, Veronica**                    Case number *(if known)*

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| $16,882.72 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| $0.00 |

Debtor 1
Debtor 2   **Valdez, Michael & Valdez, Veronica**        Case number *(if known)*

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................ **$742,500.00**

56. **Part 2: Total vehicles, line 5**      **$2,966.00**

57. **Part 3: Total personal and household items, line 15**      **$2,400.00**

58. **Part 4: Total financial assets, line 36**      **$16,882.72**

59. **Part 5: Total business-related property, line 45**      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...      **$22,248.72**      Copy personal property total      **$22,248.72**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62      **$764,748.72**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **23534 Jubilee Ln**<br>**Diamond Bar CA, 91765-2137**<br>Line from *Schedule A/B* **1.1** | $672,500.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCCP § 704.730(a)(2) |
| **2010 Mitsubishi Galant**<br>**230,000 Miles**<br>**Salvage title**<br>Line from *Schedule A/B* **3.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCCP § 704.010 |
| **2002 Chevrolet Silverado**<br>**210,000 Miles**<br>Line from *Schedule A/B* **3.2** | $1,966.00 | ■ $1,966.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCCP § 704.010 |
| **Misc household goods and**<br>**furnishings such as major**<br>**appliances, furniture, linens, china,**<br>**kitchenware**<br>Line from *Schedule A/B* **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCCP § 704.020 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc electronics such as televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games**<br>Line from *Schedule A/B* **7.1** | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |
| **Misc Wear apparel such as everyday clothes, furs, leather coats, designer wear, shoes, accessories**<br>Line from *Schedule A/B* **11.1** | **$200.00** | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |
| **Misc jewelry such as everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver**<br>Line from *Schedule A/B* **12.1** | **$200.00** | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.040** |
| **Checking account**<br>Line from *Schedule A/B* **17.1** | **$220.00** | ■ **$220.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.070** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 **Veronica Valdez**
(Spouse if, filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** Brief description: Line from *Schedule A/B:* _____ | _____ | ☐ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Veronica Valdez** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

### Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1  Caliber Home Loans**
Creditor's Name

**PO Box 619063**
**Dallas, TX 75261-9063**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**23534 Jubilee Ln, Diamond Bar, CA 91765-2137**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Last 4 digits of account number    **3159**

Column A: **$537,561.00**  Column B: **$672,500.00**  Column C: **$0.00**

**2.2  FCI Lender Services Inc**
Creditor's Name

**PO Box 27370**
**Anaheim, CA 92809-0112**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**23534 Jubilee Ln, Diamond Bar, CA 91765-2137**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Last 4 digits of account number    **4466**

Column A: **$74,738.00**  Column B: **$672,500.00**  Column C: **$0.00**

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor 1 | **Michael Valdez** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Veronica Valdez** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **Wells Fargo Home Mortgage** | | $84,207.00 | $70,000.00 | $14,207.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 14411
Des Moines, IA
50306-3411**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**615 Sunset Ln, Sugarloaf, CA 92386
Debtor parents make all payments
with regards to this property**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **First Mortgage on Cabin**

Date debt was incurred _____     Last 4 digits of account number    **9755**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$696,506.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$696,506.00**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Veronica Valdez** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **AAA ERS** | Last 4 digits of account number    **6123** | $60.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o SW Credit Systems LP
4120 International Pkwy Ste 1100
Carrollton, TX 75007-1958**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Collection account**

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                    Case number (if know) _____

---

| 4.2 | **American Capital Enterprises** | Last 4 digits of account number | **7965** | $95.00 |

Nonpriority Creditor's Name

**27919 Jefferson Ave Ste 206**
**Temecula, CA 92590-2653**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

| 4.3 | **Bank of America** | Last 4 digits of account number | **3513** | $1,032.00 |

Nonpriority Creditor's Name

**c/o Capital Management Services**
**726 Exchange St Ste 700**
**Buffalo, NY 14210-1464**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

| 4.4 | **Bear Valley Electric** | Last 4 digits of account number | **7196** | $128.00 |

Nonpriority Creditor's Name
**PMR Progressive LLC**
**22801 Ventura Blvd Ste 204**
**Woodland Hills, CA 91364-1239**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

| 4.5 | **Capital One Bank USA N.A** | Last 4 digits of account number | **7961** | **$739.00** |

Nonpriority Creditor's Name

**10700 Capitol One Way**
**Glen Allen, VA 23060-9243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving credit card charges**

---

| 4.6 | **Cavalry SPV I LLC** | Last 4 digits of account number | **0667** | **$1,467.00** |

Nonpriority Creditor's Name

**Winn Law Group**
**110 E Wilshire Ave Ste 212**
**Fullerton, CA 92832-1960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

---

| 4.7 | **Chase Bank USA NA** | Last 4 digits of account number | **6659** | **$5,206.00** |

Nonpriority Creditor's Name

**c/o Nationwide Credit**
**PO Box 26314**
**Lehigh Valley, PA 18002-6314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection account**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

| 4.8 | **Chase/ Bank One Card** | Last 4 digits of account number | **5401** | **$13,016.00** |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge off/ transferred**

---

| 4.9 | **Citibank, NA** | Last 4 digits of account number | **6035** | **$770.00** |

Nonpriority Creditor's Name
**c/o Portfolio Recovery**
**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502-4952**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

| 4.10 | **CitiBank/ THD** | Last 4 digits of account number | **1622** | **$769.00** |

Nonpriority Creditor's Name
**c/o Portfolio Recovery Associates**
**PO Box 12914**
**Norfolk, VA 23541-0914**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                    Case number (if know) _____

---

| 4.11 | **Comenity Bank/ Victressec** | Last 4 digits of account number | **8475** | $316.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**P O Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify  **Revolving credit card charges**

---

| 4.12 | **Credit One Bank NA** | Last 4 digits of account number | **4600** | $536.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**P O Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
☐ **Check if this claim is for a  community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                       ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims
☐ Yes                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify  **Collection account**

---

| 4.13 | **Department Of Water** | Last 4 digits of account number | **6000** | $2,832.00 |

Nonpriority Creditor's Name
**City of Big Bear Lake**
**PO Box 1929**
**Big Bear Lake, CA 92315-1929**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                ☐ Contingent
■ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
☐ At least one of the debtors and another      ☐ Disputed
☐ **Check if this claim is for a  community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                       ☐ Student loans
Is the claim subject to offset?                ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims
☐ Yes                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               ■ Other. Specify  **Past services**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                    Case number (if know) _____

---

| 4.14 | **Directv** | Last 4 digits of account number | **4975** | **$40.00** |

Nonpriority Creditor's Name

**c/o Alliedinterstate**
**7525 W Campus Rd**
**New Albany, OH 43054-1121**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Account**

---

| 4.15 | **GE Money Ban** | Last 4 digits of account number | **6785** | **$3,059.00** |

Nonpriority Creditor's Name

**c/o Portfolio Recovery Assocaites**
**PO Box 12903**
**Norfolk, VA 23541-0903**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection account**

---

| 4.16 | **GE/ Lowes** | Last 4 digits of account number | **4670** | **$1,285.00** |

Nonpriority Creditor's Name

**c/o Cavalry Portofolio Services**
**PO Box 1017**
**Hawthorne, NY 10532-7504**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection account**

---

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

| 4.17 | **HSBC Retail Services** | Last 4 digits of account number | **0857** | **$4,035.00** |

Nonpriority Creditor's Name

**PO Box 5244**
**Carol Stream, IL 60197-5244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge off/ transferred**

---

| 4.18 | **JP Morgan Chase** | Last 4 digits of account number | **3700** | **$224.00** |

Nonpriority Creditor's Name

**c/o Pinnacle Financail Group**
**7825 Washington Ave S Ste 310**
**Minneapolis, MN 55439-2424**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

| 4.19 | **Kaiser Foundation Health Plan** | Last 4 digits of account number | **2871** | **$33.00** |

Nonpriority Creditor's Name

**PO Box 7024**
**Pasadena, CA 91109-7024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Past medical bill**

---

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                          Case number (if know) _____

---

| 4.20 | **Kaiser Foundation Health Plan** | Last 4 digits of account number **2871** | **$18.00** |

Nonpriority Creditor's Name

**File 50445**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Past medical bill**

---

| 4.21 | **Kaiser Permanente** | Last 4 digits of account number **2871** | **$14.00** |

Nonpriority Creditor's Name

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Past medical bill**

---

| 4.22 | **Kaiser Permanente** | Last 4 digits of account number **2871** | **$51.00** |

Nonpriority Creditor's Name

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Past medical bill**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

| 4.23 | **Kaiser Permanente** | Last 4 digits of account number | **2871** | $433.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Past medical bill**

---

| 4.24 | **Kaiser Permanente** | Last 4 digits of account number | **2871** | $937.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Past medical bill**

---

| 4.25 | **Kaiser Permanente** | Last 4 digits of account number | **2871** | $466.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Past medical bill**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                          Case number (if know) _____

---

| 4.26 | **Kaiser Premanente** | Last 4 digits of account number | **2871** | **$53.00** |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**PO Box 629024**
**El Dorado Hills, CA 95762-9024**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Past medical bill**

---

| 4.27 | **Kohls** | Last 4 digits of account number | **1752** | **$1,350.00** |

Nonpriority Creditor's Name

**c/o Enhanced Recovery**
**8014 Bayberry Rd**
**Jacksonville, FL 32256-7412**
Number Street City State Zip Code

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

| 4.28 | **Levitz Forward Bus HSBC** | Last 4 digits of account number | **5895** | **$3,617.00** |

Nonpriority Creditor's Name

**c/o Apex Financial Management**
**1120 W Lake Cook Rd Ste A**
**Buffalo Grove, IL 60089-1970**
Number Street City State Zip Code

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection account**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

**4.29**    **LVNV Funding Inc**
Nonpriority Creditor's Name

**c/o Asset Recovery**
**2200 E Devon Ave Ste 200**
**Des Plaines, IL 60018-4501**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0857**                    **$5,990.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection account**

---

**4.30**    **Meaningful Beauty**
Nonpriority Creditor's Name

**c/o North Shore Agency**
**270 Spagnoli Rd Ste 110**
**Melville, NY 11747-3515**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **6554**                    **$50.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection account**

---

**4.31**    **Megan Medical Clinic**
Nonpriority Creditor's Name

**420 W Rowland St**
**Covina, CA 91723-2943**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2975**                    **$83.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Past medical bill**

---

Debtor 1
Debtor 2 **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

---

| 4.32 | **Patriot Enviromental Lab Services** | Last 4 digits of account number | **6719** | $470.00 |

Nonpriority Creditor's Name

**7271 Garden Grove Blvd Ste A**
**Garden Grove, CA 92841-4213**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify    **Past services**

---

| 4.33 | **Progressive Management Systems** | Last 4 digits of account number | **2492** | $2,480.00 |

Nonpriority Creditor's Name

**1521 W Cameron Ave Fl 1**
**West Covina, CA 91790-2738**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify    **Collection account**

---

| 4.34 | **San Mimas Community Hospital** | Last 4 digits of account number | **0595** | $109.00 |

Nonpriority Creditor's Name
**c/o CMRE Financail Services**
**3075 E Imperial Hwy # 200**
**Brea, CA 92821-6753**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes         ■ Other. Specify    **Collection account**

---

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**                          Case number (if know) _____

---

| 4.35 | **Southwest Credit Systems** | Last 4 digits of account number    **6123** | **$60.00** |

Nonpriority Creditor's Name

**4120 International Pkwy Ste 1100**
**Carrollton, TX 75007-1958**
<u>Number Street City State Zip Code</u>

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection account** _____

---

| 4.36 | **Spectrum Communications** | Last 4 digits of account number    **0325** | **$367.00** |

Nonpriority Creditor's Name
**Time Warner Cable**
**PO Box 60074**
**City of Industry, CA 91716-0074**
<u>Number Street City State Zip Code</u>

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Past services** _____

---

| 4.37 | **Verizon California** | Last 4 digits of account number    **0624** | **$164.00** |

Nonpriority Creditor's Name
**c/o Midland Funding**
**PO Box 603**
**Oaks, PA 19456-0603**
<u>Number Street City State Zip Code</u>

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection account** _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**

Case number (if know) _____

| 4.38 | **Vion Holdings LLC** | Last 4 digits of account number | **1891** | | **$5,431.00** |

Nonpriority Creditor's Name

**c/o Law OFfices of Curtis O Barnes**
**390 W Cerritos Ave**
**Anaheim, CA 92805-6550**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Lawsuit** _____

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 57,785.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 57,785.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Michael Valdez** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Veronica Valdez** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| 2.2 _____<br>Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| 2.3 _____<br>Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| 2.4 _____<br>Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| 2.5 _____<br>Name<br><br>Number      Street<br><br>City            State        ZIP Code | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Veronica Valdez** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?    **CA**_____ . Fill in the name and current address of that person.

   **Veronica Valdez**
   **23534 Jubilee Ln**
   **Diamond Bar, CA 91765-2137**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

| 3.2 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael Valdez** |
| Debtor 2 (Spouse, if filing) | **Veronica Valdez** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | **Assembler** | **HR Assistant** |
| | Employer's name | **ROHR Inc** | **Mammoth Electic INC** |
| | Employer's address | **9 Farm Springs Rd Farmington, CT 06032-2576** | **170 E Liberty Ave Anaheim, CA 92801-1011** |
| | How long employed there? | **2 years** | **1 years** |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 3,356.93 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 4,207.29 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 4,207.29 | $ 3,356.93 |

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**                    Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................ | 4. | $ **4,207.29** | $ **3,356.93** |

5. **List all payroll deductions:**

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **941.86** | $ **565.39** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **51.62** | $ **0.00** |
| 5h. | **Other deductions. Specify:   CA SUI/SDI** | 5h.+ | $ **42.08**  + | $ **0.00** |
|  | Dental | | $ **23.31** | $ **115.55** |
|  | Vision | | $ **29.87** | $ **20.99** |
|  | 401K | | $ **243.94** | $ **0.00** |
|  | Health | | $ **90.27** | $ **0.00** |
|  | TFB Offset | | $ **4.51** | $ **0.00** |
|  | | | $ **0.00** | $ **0.00** |
|  | SDI | | $ **0.00** | $ **27.05** |
|  | Kaiser A | | $ **0.00** | $ **157.65** |
|  | Kaiser 2 | | $ **0.00** | $ **54.16** |
|  | Dental 2 | | $ **0.00** | $ **40.62** |
|  | Vision 2 | | $ **0.00** | $ **9.02** |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,427.46** | $ **990.43** |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,779.83** | $ **2,366.50** |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income. Specify:** _____ | 8h.+ | $ **0.00**  + | $ **0.00** |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,779.83**  + $ **2,366.50** | = $ **5,146.33** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.  $ **5,146.33**

**Combined monthly income**

| Debtor 1 | **Valdez, Michael & Valdez, Veronica** | Case number (*if known*) | |
| Debtor 2 | | | |

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: [                                                                ]

Fill in this information to identify your case:

Debtor 1    **Michael Valdez**

Debtor 2    **Veronica Valdez**
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SAN
FERNANDO VALLEY DIVISION

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　■ No

    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**　　☐ No

    Do not list Debtor 1 and    ■ Yes.  Fill out this information for
    Debtor 2.    each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **24** | ☐ No  ■ Yes |
| **son** | **22** | ☐ No  ■ Yes |
| **son** | **19** | ☐ No  ■ Yes |
| **Daughter** | **17** | ☐ No  ■ Yes |
| **Daughter** | **14** | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    **2,445.00**

    If not included in line 4:

    4a.  Real estate taxes    4a. $    **0.00**
    4b.  Property, homeowner's, or renter's insurance    4b. $    **0.00**
    4c.  Home maintenance, repair, and upkeep expenses    4c. $    **0.00**
    4d.  Homeowner's association or condominium dues    4d. $    **0.00**

Debtor 1
Debtor 2    **Valdez, Michael & Valdez, Veronica**

Case number (if known) _____

5.    **Additional mortgage payments for your residence,** such as home equity loans          5.  $ _____ **54.30**

Debtor 1
Debtor 2  **Valdez, Michael & Valdez, Veronica**                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **170.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **165.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **400.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **900.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **120.00** |
| 10. | **Personal care products and services** | | 10. | $ | **75.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **125.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **172.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **4,926.30** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **4,926.30** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **5,146.33** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **4,926.30** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **220.03** |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here: _____

| Attorney or Party Name, Address, Telephone &amp; FAX Nos., State Bar No. &amp; Email Address | FOR COURT USE ONLY |
|---|---|
| **Stephen Darrow**<br>**27349 Jefferson Ave Ste 208**<br>**Temecula, CA  92590-5612**<br>Phone: **(951) 296-2848** Fax: **(951) 719-3817**<br>Email:<br>Bar Number: **113409**<br><br><br>[   ] *Debtor(s) appearing without an attorney*<br>[ X ] *Attorney for Debtor(s)*  **Valdez, Michael & Valdez, Veronica** | |

### United States Bankruptcy Court

| In re :<br>**Valdez, Michael & Valdez, Veronica**<br><br><br><br><br><br><br>Debtor (s). | CASE NO: **13**<br>CHAPTER<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No Hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. [ X ] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

      **During the 60-day period before the Petition Date** *(Check only ONE box below):*

      [ X ] **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

      [   ] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date   **July 3, 2018**      **Valdez, Michael**
                                Printed name of Debtor 1            Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                 Page  1               **F 1002-1.EMP.INCOME.DEC**

2. [ X  ] I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** *(Check only ONE box below):*

[ X ] **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

[   ] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date    **July  3, 2018**                          **Valdez, Veronica**
                                                                Printed name of Debtor 2                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**GOODRICH**

CO. GDM  FILE 001559  DEPT HSGRCH  CLOCK HCA22  VCHR. NO. 0000140615  1
L263000190

971-0001

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

## Earnings   Statement

**ADP**

Period Beginning:     03/19/2018
Period Ending:        04/01/2018
Pay Date:             04/06/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   0
CA:        0

MICHAEL  VALDEZ
23534  JUBILEE  LANE
DIAMOND  BAR  CA  91765

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 80.00 | 1,333.60 | 8,064.08 |
| Overtime | 25.0052 | 21.00 | 525.11 | 975.23 |
| Double Time | 33.3400 | 8.00 | 266.72 | 266.72 |
| Cola | | | 56.10 | 262.70 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Holiday | | | | 746.88 |
| Vacation | | | | 257.84 |
| **Gross Pay** | | | **$2,181.53** | 12,573.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -267.85 | 1,323.21 |
| | Social Security Tax | -133.73 | 737.90 |
| | Medicare Tax | -31.27 | 172.57 |
| | CA State Income Tax | -85.66 | 452.90 |
| | CA SUI/SDI Tax | -21.57 | 127.02 |
| | **Other** | | |
| | Dental | -10.76* | 75.32 |
| | Garnishment 1 | -380.73 | 1,509.94 |
| | Union Dues | -47.65 | 190.60 |
| | Vision | -13.79* | 96.53 |
| | 401K Basic | -87.26* | 922.93 |
| | Health Svgs 2 | | 500.00 |
| | **Net Pay** | **$1,101.26** | |
| | Checking Acct | -1,101.26 | 6,464.53 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,069.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Cocontrib | 65.45 | 567.20 |
| Hsa Er Contrib | | 300.00 |
| Sick Hrs Bal | | 16.00 |
| EMPLOYEE ID | | 283404 |

© 2000 ADP, LLC

---

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

Advice number:     00000140615
Pay date:          04/06/2018

| Deposited  to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL  VALDEZ | xxxxxx1751 | xxxx xxxx | $1,101.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO.  FILE  DEPT.  CLOCK  VCHR. NO.
**GDM**  001559 HSGRCH HCA22  0000180622  1
L263000190

971-0001

**GOODRICH**

ROHR INC
9 FARM SPRINGS  RD MAIL STOP 541-90
FARMINGTON,  CT 06032
YOUR  COMPANY  PHONE  NUMBER  IS 866-627-2605

**Earnings  Statement**

**ADP**

| | |
|---|---|
| Period Beginning: | 04/16/2018 |
| Period Ending: | 04/29/2018 |
| Pay Date: | 05/04/2018 |

Taxable  Marital Status:    Single
Exemptions/Allowances:
  Federal:        0
  CA:             0

**MICHAEL  VALDEZ**
23534  JUBILEE  LANE
DIAMOND  BAR  CA 91765

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 76.00 | 1,266.92 | 10,531.24 |
| Overtime | 25.0054 | 13.00 | 325.07 | 1,975.44 |
| Cola | | | 43.78 | 364.78 |
| Tfb Misc | | | 25.00 | 25.00 |
| Vacation | 16.6700 | 4.00 | 66.68 | 457.88 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Double Time | | | | 466.76 |
| Holiday | | | | 746.88 |
| **Gross Pay** | | | **$1,727.45** | 16,567.98 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | | -172.17 | 1,781.30 |
| | Social Security Tax | | -105.58 | 982.52 |
| | Medicare Tax | | -24.69 | 229.78 |
| | CA State Income Tax | | -51.14 | 596.92 |
| | CA SUI/SDI Tax | | -17.03 | 166.47 |
| | **Other** | | | |
| | Dental | | -10.76* | 96.84 |
| | T F B Offset | | -25.00 | 25.00 |
| | Union Dues | | -47.65 | 238.25 |
| | Vision | | -13.79* | 124.11 |
| | 401K Basic | | -68.10* | 1,081.71 |
| | Garnishment 1 | | | 1,762.78 |
| | Health Svgs 2 | | | 500.00 |
| | **Net Pay** | | **$1,191.54** | |
| | Checking Acct | | -1,191.54 | 8,982.30 |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,634.80

**Other Benefits  and Information**

| | this period | total to date |
|---|---|---|
| 401K Cocontrib | 51.08 | 686.29 |
| Hsa Er Contrib | | 300.00 |
| EMPLOYEE ID | | 283404 |

© 2000 ADP, LLC

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

| | |
|---|---|
| **Advice number:** | **00000180622** |
| Pay date: | 05/04/2018 |

Deposited  to the account of
**MICHAEL  VALDEZ**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1751 | xxxx  xxxx | $1,191.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**GOODRICH**

| CO.<br>GDM | FILE<br>001559 | DEPT.<br>HSGRCH | CLOCK<br>HCA22 | VCHR. NO.<br>0000220607 | 1 |
|---|---|---|---|---|---|

L263000190

957-0001

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

## Earnings   Statement

**ADP**

Period Beginning:  05/14/2018
Period Ending:  05/27/2018
Pay Date:  06/01/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        0
   CA:             0

MICHAEL  VALDEZ
23534  JUBILEE  LANE
DIAMOND  BAR CA 91765

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 80.00 | 1,333.60 | 13,198.44 |
| Overtime | 25.0052 | 29.00 | 725.15 | 3,413.24 |
| Double Time | 33.3400 | 6.00 | 200.04 | 866.84 |
| Cola | | | 59.62 | 483.69 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Holiday | | | | 746.88 |
| Tfb Misc | | | | 25.00 |
| Vacation | | | | 457.88 |
| **Gross Pay** | | | **$2,318.41** | 21,191.97 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.76 | 2,372.11 |
| | Social Security Tax | -142.22 | 1,266.16 |
| | Medicare Tax | -33.26 | 296.12 |
| | CA State Income Tax | -97.22 | 790.28 |
| | CA SUI/SDI Tax | -22.94 | 212.22 |
| | **Other** | | |
| | Dental | -10.76* | 118.36 |
| | Union Dues | -47.65 | 285.90 |
| | Vision | -13.79* | 151.69 |
| | 401K Basic | -92.74* | 1,266.67 |
| | Garnishment 1 | | 1,762.78 |
| | Health Svgs 2 | | 500.00 |
| | T F B Offset | | 25.00 |
| | **Net Pay** | **$1,561.07** | |
| | Checking Acct | -1,561.07 | 12,144.68 |

**Net Check**     **$0.00**

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,201.12

| Other Benefits and<br>Information | this period | total to date |
|---|---|---|
| 401K Cocontrib | 69.56 | 825.02 |
| Hsa Er Contrib | | 300.00 |
| Sick Hrs Bal | | 16.00 |
| EMPLOYEE ID | | 283404 |

© 2000 ADP, LLC

---

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

Advice number:       00000220607
Pay date:       06/01/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL  VALDEZ | xxxxxx1751 | xxxx  xxxx | $1,561.07 |

**NON-NEGOTIABLE**

Mammoth Electric, Inc.

170 E Liberty Ave.

Anaheim, CA 92801

| Emp No. | Name / Address |
|---------|----------------|
| 159 | VERONICA VALDEZ |
| | 23534 Jubilee Ln. |
| | Diamond Bar, CA 91765 |

**Filing Status**  S    1

**Ref Number:** 201806156
**Deposit Date:** 6/15/18
**Pay Period:** 05/28/18 - 06/10/18
**Pay Frequency:** Biweekly

| Earnings | | | | | | Deductions | | | |
|----------|---|---|---|---|---|------------|---|---|---|
| | This Pay Period | | | Year To Date | | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | | Description | Amount | Amount | |
| Regular | 18.00000 | 56.00 | 1,008.00 | 15,447.00 | | Federal Withholding | 111.70 | 1,528.54 | |
| Overtime | 27.00000 | 3.24 | 87.48 | 1,630.98 | | FICA SS - Employee | 80.22 | 1,012.56 | |
| Double Time | | | 0.00 | 44.64 | | FICA Medicare - Employee | 18.76 | 236.81 | |
| Holiday Pay | 18.00000 | 8.00 | 144.00 | 432.00 | | California SIT | 24.96 | 353.62 | |
| Sick Pay | | | 0.00 | 432.00 | | California SDI | 12.94 | 149.84 | |
| Wage Adjustment | | | 0.06 | 14.13 | | Dental Insurance- A | 58.18 | 639.98 | |
| PTO | 18.00000 | 11.25 | 202.50 | 549.36 | | Vision Insurance- A | 10.57 | 116.27 | |
| | | | | | | Kaiser Insurance- A | 79.38 | 873.18 | |
| Leave Codes | | Period Usage | YTD Usage | Balance | | Kaiser Insurance 2 | 0.00 | 300.00 | |
| Holiday Pay | | 8.00 | 16.00 | 40.00 | | Dental Insurance 2- F | 0.00 | 225.00 | |
| PTO | | 11.25 | 14.81 | 2.17 | | Vision2- A | 0.00 | 50.00 | |
| Sick Time | | 0.00 | 24.00 | 0.00 | | | | | |

Important Messages:

| This Pay Period | | | | Year To Date | | |
|-----------------|---|---|---|--------------|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 1,442.04 | 396.71 | 1,045.33 | | 18,550.11 | 5,485.80 | 13,064.31 |

VALDEZ VERONICA

| Date | Ref No. | Amount |
|------|---------|--------|
| 6/15/18 | 201806156 | 1,045.33 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| *********1627 | **********1751 | C | 1,045.33 |
| | Total Current Net: | | 1,045.33 |

VERONICA VALDEZ
23534 Jubilee Ln.
Diamond Bar, CA 91765

Mammoth Electric, Inc.

170 E Liberty Ave.

Anaheim, CA 92801

| Emp No. | Name / Address | | | Filing Status | | Ref Number: | 201804202 |
|---|---|---|---|---|---|---|---|
| 159 | VERONICA  VALDEZ | | | S | 1 | Deposit Date: | 4/20/18 |
| | 23534 Jubilee Ln. | | | | | Pay Period: | 04/02/18 - 04/15/18 |
| | Diamond Bar, CA 91765 | | | | | Pay Frequency: | Biweekly |

| Earnings | | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Regular | 18.00000 | 71.42 | 1,285.56 | 10,151.85 | Federal Withholding | 127.85 | 1,068.89 |
| Overtime | 27.00000 | 9.21 | 248.67 | 1,241.82 | FICA SS - Employee | 88.56 | 685.92 |
| Double Time | 36.00000 | 0.97 | 34.92 | 44.64 | FICA Medicare - Employe | 20.71 | 160.42 |
| Holiday Pay | | | 0.00 | 288.00 | California SIT | 32.69 | 247.53 |
| Sick Pay | 18.00000 | 5.13 | 92.34 | 432.00 | California SDI | 12.86 | 99.59 |
| PTO | | | 0.00 | 346.86 | Dental Insurance- A | 58.18 | 407.26 |
| | | | | | Vision Insurance- A | 10.57 | 73.99 |
| Leave Codes | | Period Usage | YTD Usage | Balance | Kaiser Insurance- A | 79.38 | 555.66 |
| Holiday Pay | | 0.00 | 8.00 | 40.00 | Kaiser Insurance 2 | 50.00 | 200.00 |
| PTO | | 0.00 | 3.56 | 4.11 | Dental Insurance 2- F | 25.00 | 175.00 |
| Sick Time | | 5.13 | 24.00 | 0.00 | Vision2- A | 10.00 | 30.00 |

Important Messages:

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 1,661.49 | 515.80 | 1,145.69 | | 12,505.17 | 3,704.26 | 8,800.91 |

VALDEZ VERONICA

Your check has been deposited in your bank account:

| Date | Ref. No. | Amount |
|---|---|---|
| 4/20/18 | 201804202 | 1,145.69 |

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXXX1751 | C | 1,145.69 |
| | Total Current Net | | 1,145.69 |

VERONICA  VALDEZ
23534 Jubilee Ln.
Diamond Bar, CA 91765

Mammoth Electric, Inc.

170 E Liberty Ave.

Anaheim, CA 92801

| Emp No. | Name / Address |
|---------|----------------|
| 159 | VERONICA VALDEZ |
| | 23534 Jubilee Ln. |
| | Diamond Bar, CA 91765 |

**Filing Status:** S 1

**Ref Number:** 201805182
**Deposit Date:** 5/18/18
**Pay Period:** 04/30/18 - 05/13/18
**Pay Frequency:** Biweekly

| Earnings | | | | | Deductions | | |
|----------|--|--|--|--|------------|--|--|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Regular | 18.00000 | 78.95 | 1,421.10 | 12,998.88 | Federal Withholding | 112.48 | 1,290.48 |
| Overtime | 27.00000 | 4.16 | 112.32 | 1,419.48 | FICA SS - Employee | 80.61 | 844.54 |
| Double Time | | | 0.00 | 44.64 | FICA Medicare - Employee | 18.85 | 197.51 |
| Holiday Pay | | | 0.00 | 268.00 | California SIT | 25.25 | 296.79 |
| Sick Pay | | | 0.00 | 432.00 | California SDI | 11.70 | 122.74 |
| Wage Adjustment | | | 0.00 | 14.07 | Dental Insurance- A | 58.18 | 523.62 |
| PTO | | | 0.00 | 346.86 | Vision Insurance- A | 10.57 | 95.13 |
| | | | | | Kaiser Insurance- A | 79.38 | 714.42 |
| Leave Codes | | Period Usage | YTD Usage | Balance | Kaiser Insurance 2 | 50.00 | 300.00 |
| Holiday Pay | | 0.00 | 8.00 | 40.00 | Dental Insurance 2- F | 25.00 | 225.00 |
| PTO | | 0.00 | 3.56 | 9.75 | Vision2- A | 10.00 | 50.00 |
| Sick Time | | 0.00 | 24.00 | 0.00 | | | |

Important Messages:

| This Pay Period | | | | Year To Date | | |
|-----------------|--|--|--|--------------|--|--|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 1,533.42 | 482.02 | 1,051.40 | | 15,543.93 | 4,660.23 | 10,883.70 |

VALDEZ VERONICA

| Date | Ref. No. | Amount |
|------|----------|--------|
| 5/18/18 | 201805182 | 1,051.40 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| *********1627 | **********1751 | C | 1,051.40 |
| | Total Current Net: | | 1,051.40 |

**VERONICA VALDEZ**
**23534 Jubilee Ln.**
**Diamond Bar, CA 91765**

Mammoth Electric, Inc.

170 E Liberty Ave.

Anaheim, CA 92801

| Emp No. | Name / Address |
|---------|----------------|
| 159 | VERONICA VALDEZ |
| | 23534 Jubilee Ln. |
| | Diamond Bar, CA 91765 |

**Filing Status**  S  1

**Ref Number:** 201806012
**Deposit Date:** 6/01/18
**Pay Period:** 05/14/18 - 05/27/18
**Pay Frequency:** Biweekly

| Earnings | | | | |
|----------|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 18.00000 | 80.00 | 1,440.00 | 14,439.00 |
| Overtime | 27.00000 | 4.60 | 124.20 | 1,543.50 |
| Double Time | | | 0.00 | 44.64 |
| Holiday Pay | | | 0.00 | 288.00 |
| Sick Pay | | | 0.00 | 432.00 |
| Wage Adjustment | | | -.06 | 14.07 |
| PTO | | | 0.00 | 346.86 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Pay | 0.00 | 8.00 | 40.00 |
| PTO | 0.00 | 3.56 | 11.25 |
| Sick Time | 0.00 | 24.00 | 0.00 |

| Deductions | | |
|------------|---|---|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Federal Withholding | 126.36 | 1,416.84 |
| FICA SS - Employee | 87.80 | 932.34 |
| FICA Medicare - Employe | 20.54 | 218.05 |
| California SIT | 31.87 | 328.66 |
| California SDI | 14.16 | 136.90 |
| Dental Insurance- A | 58.18 | 581.80 |
| Vision Insurance- A | 10.57 | 105.70 |
| Kaiser Insurance- A | 79.38 | 793.80 |
| Kaiser Insurance 2 | 0.00 | 300.00 |
| Dental Insurance 2- F | 0.00 | 225.00 |
| Vision2- A | 0.00 | 50.00 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|-----------------|---|---|--------------|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,564.14 | 428.86 | 1,135.28 | 17,108.07 | 5,089.09 | 12,018.98 |

VALDEZ VERONICA

**Your check has been deposited in your bank account:**

| Date | Ref. No. | Amount |
|------|----------|--------|
| 6/01/18 | 201806012 | 1,135.28 |

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXX1627 | XXXXXX1751 | C | 1,135.28 |
| | Total Current Net | | 1,135.28 |

**VERONICA VALDEZ**
**23534 Jubilee Ln.**
**Diamond Bar, CA 91765**

Mammoth Electric, Inc.

170 E Liberty Ave.

Anaheim, CA 92801

| Emp No. | Name / Address | | | | Filing Status | | Ref Number: | 20180408 |
|---|---|---|---|---|---|---|---|---|
| 159 | VERONICA VALDEZ | | | | S | 1 | Deposit Date: | 4/06/18 |
| | 23534 Jubilee Ln. | | | | | | Pay Period: | 03/19/18 - 04/01/18 |
| | Diamond Bar, CA 91765 | | | | | | Pay Frequency: | Biweekly |

| Earnings | | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | | Amount | Amount |
| Regular | 18.00000 | 76.08 | 1,414.44 | 8,852.34 | Federal Withholding | | 142.51 | 941.04 |
| Overtime | 27.00000 | 10.01 | 225.27 | 1,007.10 | FICA SS - Employee | | 96.13 | 597.36 |
| Double Time | | | 0.00 | 9.72 | FICA Medicare - Employee | | 22.49 | 139.71 |
| Holiday Pay | | | 0.00 | 288.00 | California SIT | | 40.75 | 214.84 |
| Sick Pay | 18.00000 | 8.00 | 144.00 | 339.86 | California SDI | | 13.96 | 86.73 |
| PTO | | | 0.00 | 346.86 | Dental Insurance- A | | 58.18 | 349.08 |
| | | | | | Vision Insurance- A | | 10.57 | 63.42 |
| Leave Codes | | Period Usage | YTD Usage | Balance | Kaiser Insurance- A | | 79.38 | 476.28 |
| Holiday Pay | | 0.00 | 8.00 | 40.00 | Kaiser Insurance 2 | | 50.00 | 150.00 |
| PTO | | 0.00 | 3.56 | 2.77 | Dental Insurance 2- F | | 25.00 | 150.00 |
| Sick Time | | 8.00 | 18.87 | 5.13 | Vision2- A | | 10.00 | 20.00 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,783.71 | 548.97 | 1,234.74 | 10,843.68 | 3,188.46 | 7,655.22 |

VALDEZ VERONICA

| Date | Ref. No. | Amount |
|---|---|---|
| 4/06/18 | 20180408 | 1,234.74 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1627 | **********1751 | C | 1,234.74 |
| | Total Current Net: | | 1,234.74 |

VERONICA VALDEZ
23534 Jubilee Ln.
Diamond Bar, CA 91765

CO    FILE    DEPT    CLOCK    VCHR  NO.
**GDM**  001559 HSGRCH HCA22  0000200612  1
L263000190

965-0001

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

**Earnings  Statement**

**ADP**

| | |
|---|---|
| Period Beginning: | 04/30/2018 |
| Period Ending: | 05/13/2018 |
| Pay Date: | 05/18/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0
CA:              0

**MICHAEL  VALDEZ
23534  JUBILEE  LANE
DIAMOND  BAR  CA  91765**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 80.00 | 1,333.60 | 11,864.84 |
| Overtime | 25.0053 | 28.50 | 712.65 | 2,688.09 |
| Double Time | 33.3400 | 6.00 | 200.04 | 666.80 |
| Cola | | | 59.29 | 424.07 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Holiday | | | | 746.88 |
| Tfb Misc | | | | 25.00 |
| Vacation | | | | 457.88 |
| **Gross Pay** | | | **$2,305.58** | 18,873.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -294.05 | 2,075.35 |
| | Social Security Tax | -141.42 | 1,123.94 |
| | Medicare Tax | -33.08 | 262.86 |
| | CA State Income Tax | -96.14 | 693.06 |
| | CA SUI/SDI Tax | -22.81 | 189.28 |
| | **Other** | | |
| | Dental | -10.76* | 107.60 |
| | Vision | -13.79* | 137.90 |
| | 401K Basic | -92.22* | 1,173.93 |
| | Garnishment 1 | | 1,762.78 |
| | Health Svgs 2 | | 500.00 |
| | T F B Offset | | 25.00 |
| | Union Dues | | 238.25 |
| | **Net Pay** | **$1,601.31** | |
| | Checking Acct | -1,601.31 | 10,583.61 |

**Net Check**                 **$0.00**

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,188.81

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Cocontrib | 69.17 | 755.46 |
| Hsa Er Contrib | | 300.00 |
| EMPLOYEE ID | | 283404 |

© 2000 ADP, LLC

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

| | |
|---|---|
| Advice number: | 00000200612 |
| Pay date: | 05/18/2018 |

Deposited to the account of

MICHAEL  VALDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1751 | xxxx  xxxx | $1,601.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO    FILE    DEPT    CLOCK    VCHR    NO.
**GDM**  001559  HSGRCH HCA22  0000160618  1
L263000190

1024-0001

**GOODRICH**

*ROHR  INC*
*9 FARM  SPRINGS  RD MAIL  STOP  541-90*
*FARMINGTON,  CT 06032*
*YOUR  COMPANY  PHONE  NUMBER  IS  866-627-2605*

**Earnings    Statement**

**ADP**

Period Beginning:    04/02/2018
Period Ending:    04/15/2018
Pay Date:    04/20/2018

Taxable  Marital Status:    Single
Exemptions/Allowances:
 Federal:    0
 CA:    0

**MICHAEL  VALDEZ**
**23534  JUBILEE  LANE**
**DIAMOND  BAR  CA  91765**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 72.00 | 1,200.24 | 9,264.32 |
| Overtime | 25.0052 | 27.00 | 675.14 | 1,650.37 |
| Double Time | 33.3400 | 6.00 | 200.04 | 466.76 |
| Cola | | | 58.30 | 321.00 |
| Vacation | 16.6700 | 8.00 | 133.36 | 391.20 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Holiday | | | | 746.88 |
| **Gross Pay** | | | **$2,267.08** | 14,840.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -285.92 | 1,609.13 |
| | Social Security Tax | -139.04 | 876.94 |
| | Medicare Tax | -32.52 | 205.09 |
| | CA State Income Tax | -92.88 | 545.78 |
| | CA SUI/SDI Tax | -22.42 | 149.44 |
| | **Other** | | |
| | Dental | -10.76* | 86.08 |
| | Garnishment 1 | -252.84 | 1,762.78 |
| | Vision | -13.79* | 110.32 |
| | 401K Basic | -90.68* | 1,013.61 |
| | Health Svgs 2 | | 500.00 |
| | Union Dues | | 190.60 |
| | **Net Pay** | **$1,326.23** | |
| | Checking Acct | -1,326.23 | 7,790.76 |
| | **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages this period are
$2,151.85

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Cocontrib | 68.01 | 635.21 |
| Hsa Er Contrib | | 300.00 |
| EMPLOYEE  ID | | 283404 |

© 2000 ADP, LLC

---

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

Advice number:    00000160618
Pay date:    04/20/2018

THIS IS NOT A CHECK

| Deposited  to the account  of | account number | transit  ABA | amount |
|---|---|---|---|
| MICHAEL  VALDEZ | xxxxxx1751 | xxxx  xxxx | $1,326.23 |

**NON-NEGOTIABLE**

**GOODRICH**

CO. FILE DEPT. CLOCK VCHR. NO.
**GDM** 001559 HSGRCH HCA22 0000120625 1
L263000190

986−0001

*ROHR INC*
*9 FARM SPRINGS RD MAIL STOP 541−90*
*FARMINGTON, CT 06032*
*YOUR COMPANY PHONE NUMBER IS 866−627−2605*

# Earnings   Statement

**ADP**

Period Beginning:    03/05/2018
Period Ending:    03/18/2018
Pay Date:    03/23/2018

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    0
CA:    0

**MICHAEL  VALDEZ**
**23534  JUBILEE  LANE**
**DIAMOND  BAR  CA  91765**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6700 | 72.00 | 1,200.24 | 6,730.48 |
| Cola | | | 35.20 | 206.60 |
| Vacation | 16.6700 | 8.00 | 133.36 | 257.84 |
| Overtime | | | | 450.12 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Holiday | | | | 746.88 |
| **Gross Pay** | | | **$1,368.80** | 10,391.92 |

Your federal taxable wages this period are
$1,289.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsa Er Contrib | 50.00 | 300.00 |
| 401K Cocontrib | 41.06 | 501.75 |
| EMPLOYEE  ID | | 283404 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | −130.34 | 1,055.36 |
| | Social Security Tax | −83.35 | 604.17 |
| | Medicare Tax | −19.49 | 141.30 |
| | CA State Income Tax | −31.80 | 367.24 |
| | CA SUI/SDI Tax | −13.95 | 105.45 |
| | **Other** | | |
| | Dental | −10.76* | 64.56 |
| | Garnishment 1 | −129.94 | 1,129.21 |
| | Vision | −13.79* | 82.74 |
| | 401K Basic | −54.75* | 835.67 |
| | Health Svgs 2 | | 500.00 |
| | Union Dues | | 142.95 |
| | **Net Pay** | **$880.63** | |
| | Checking Acct | −880.63 | 5,363.27 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

**GOODRICH**

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541−90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866−627−2605

Advice number:    00000120625
Pay date:    03/23/2018

Deposited  to the account  of

**MICHAEL  VALDEZ**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx1751 | xxxx  xxxx | $880.63 |

THIS IS NOT A CHECK

**NON−NEGOTIABLE**

| CO. GDM | FILE 001559 | DEPT. HSGRCH | CLOCK HCA22 | VCHR. NO. 0000240609 | 1 |
|---|---|---|---|---|---|

L263000190

957-0001

GOODRICH

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

## Earnings  Statement

ADP

Period Beginning: 05/28/2018
Period Ending: 06/10/2018
Pay Date: 06/15/2018

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    0
CA:    0

MICHAEL  VALDEZ
23534  JUBILEE  LANE
DIAMOND  BAR  CA 91765

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0700 | 64.00 | 1,092.48 | 14,290.92 |
| Overtime | 25.6052 | 27.00 | 691.34 | 4,104.58 |
| Cola | | | 53.02 | 536.71 |
| Holiday | 17.0700 | 8.00 | 136.56 | 883.44 |
| Vacation | 17.0700 | 8.00 | 136.56 | 594.44 |
| Ctrct Sgn Bon | | | | 2,000.00 |
| Double Time | | | | 866.84 |
| Tfb Misc | | | | 25.00 |
| **Gross Pay** | | | **$2,109.96** | 23,301.93 |

| Net Check | | $0.00 |
|---|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,001.01

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -252.74 | 2,624.85 |
| | Social Security Tax | -129.29 | 1,395.45 |
| | Medicare Tax | -30.24 | 326.36 |
| | CA State Income Tax | -79.61 | 869.89 |
| | CA SUI/SDI Tax | -20.85 | 233.07 |
| | **Other** | | |
| | Dental | -10.76* | 129.12 |
| | Garnishment 1 | -172.62 | 1,935.40 |
| | Vision | -13.79* | 165.48 |
| | 401K Basic | -84.40* | 1,351.07 |
| | Health Svgs 2 | | 500.00 |
| | T F B Offset | | 25.00 |
| | Union Dues | | 285.90 |
| | **Net Pay** | | **$1,315.66** |
| | Checking Acct | -1,315.66 | 13,460.34 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Cocontrib | 63.30 | 888.32 |
| Hsa Er Contrib | | 300.00 |
| Sick Hrs Bal | | 24.00 |
| EMPLOYEE ID | | 283404 |

© 2000 ADP, LLC

GOODRICH

ROHR INC
9 FARM SPRINGS RD MAIL STOP 541-90
FARMINGTON, CT 06032
YOUR COMPANY PHONE NUMBER IS 866-627-2605

Advice number:    00000240609
Pay date:    06/15/2018

THIS IS NOT A CHECK

Deposited  to the account  of
MICHAEL  VALDEZ

| | account number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx1751 | xxxx  xxxx | $1,315.66 |

**NON-NEGOTIABLE**

Certificate Number: 00437-CAC-CC-031270226



00437-CAC-CC-031270226

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 3, 2018</u>, at <u>10:09</u> o'clock <u>AM MDT</u>, <u>Michael Valdez</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>July 3, 2018</u>                    By:        <u>/s/Flora Arredondo</u>

                                                        Name:    <u>Flora Arredondo</u>

                                                        Title:    <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-CAC-CC-031270224



00437-CAC-CC-031270224

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 3, 2018</u>, at <u>10:09</u> o'clock <u>AM MDT</u>, <u>Veronica Valdez</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 3, 2018</u>                      By:     <u>/s/Flora Arredondo</u>

                                                 Name:   <u>Flora Arredondo</u>

                                                 Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Michael  Valdez
23534 Jubilee Ln
Diamond Bar, CA  91765-2137


Veronica  Valdez
23534 Jubilee Ln
Diamond Bar, CA  91765-2137


Darrow Law Group APC
27349 Jefferson Ave Ste 208
Temecula, CA  92590-5612

AAA ERS
c/o SW Credit Systems LP
4120 International Pkwy Ste 1100
Carrollton, TX  75007-1958


Alliedinterstate
7525 W Campus Rd
New Albany, OH  43054-1121


American Capital Enterprises
27919 Jefferson Ave Ste 206
Temecula, CA  92590-2653


Apex Financial Management
1120 W Lake Cook Rd Ste A
Buffalo Grove, IL  60089-1970


Asset Recovery Solutions
2200 E Devon Ave Ste 200
Des Plaines, IL  60018


Bank of America
c/o Capital Management Services
726 Exchange St Ste 700
Buffalo, NY  14210-1464


Bear Valley Electric
PMR Progressive LLC
22801 Ventura Blvd Ste 204
Woodland Hills, CA  91364-1239

Berks & Lewis Litigation
4686 Ontario Mills Pkwy # 100B
Ontario, CA  91764-5104


Caliber Home Loans
PO Box 619063
Dallas, TX  75261-9063


Califonria TD Specialists
8190 E Kaiser Blvd
Anaheim, CA  92808-2215


Capital Management Services
726 Exchange St Ste 700
Buffalo, NY  14210-1464


Capital One Bank USA NA
10700 Capitol One Way
Glen Allen, VA  23060-9243


Cavalry Portfolio Servicing
500 Summit Lake Dr
Valhalla, NY  10595-1340


Cavalry Portofolio Services
PO Box 1017
Hawthorne, NY  10532-7504

Cavalry SPV I LLC
Winn Law Group
110 E Wilshire Ave Ste 212
Fullerton, CA  92832-1960


Chase Bank USA NA
c/o Nationwide Credit
PO Box 26314
Lehigh Valley, PA  18002-6314


Chase/ Bank One Card
PO Box 15298
Wilmington, DE  19850-5298


Citibank NA
c/o Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA  23502-4952


CitiBank/ THD
c/o Portfolio Recovery Associates
PO Box 12914
Norfolk, VA  23541-0914


CMRE Financail Services
3075 E Imperial Hwy # 200
Brea, CA  92821-6753

Comenity Bank/ Victressec
P O Box 182789
Columbus, OH  43218


Credit One Bank NA
P O Box 98873
Las Vegas, NV  89193


Department Of Water
City of Big Bear Lake
PO Box 1929
Big Bear Lake, CA  92315-1929


Directv
c/o Alliedinterstate
7525 W Campus Rd
New Albany, OH  43054-1121


Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL  32256-7412


FCI Lender Services Inc
PO Box 27370
Anaheim, CA  92809-0112


GE Money Ban
c/o Portfolio Recovery Assocaites
PO Box 12903
Norfolk, VA  23541-0903

GE/ Lowes
c/o Cavalry Portofolio Services
PO Box 1017
Hawthorne, NY  10532-7504


HSBC Retail Services
PO Box 5244
Carol Stream, IL  60197-5244


JP Morgan Chase
c/o Pinnacle Financail Group
7825 Washington Ave S Ste 310
Minneapolis, MN  55439-2424


Kaiser Foundation Health Plan
File 50445
Los Angeles, CA  90074


Kaiser Foundation Health Plan
PO Box 7024
Pasadena, CA  91109-7024


Kaiser Permanente
PO Box 629024
El Dorado Hills, CA  95762-9024


Kaiser Premanente
PO Box 629024
El Dorado Hills, CA  95762-9024

```
Kohls
c/o Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL  32256-7412


Law OFfices of Curtis O Barnes
390 W Cerritos Ave
Anaheim, CA  92805-6550


Law Offices Of Robert James Colclough
9301 Oakdale Ave Ste 205
Chatsworth, CA  91311-6547


Levitz Forward Bus HSBC
c/o Apex Financial Management
1120 W Lake Cook Rd Ste A
Buffalo Grove, IL  60089-1970


Los AngelesSheriff's Department
350 W Mission Blvd Ste 109
Pomona, CA  91766-1631


LVNV Funding Inc
c/o Asset Recovery
2200 E Devon Ave Ste 200
Des Plaines, IL  60018-4501


LVNV Funding Inc
P O Box 1335
Buffalo, NY  14240
```

Meaningful Beauty
c/o North Shore Agency
270 Spagnoli Rd Ste 110
Melville, NY  11747-3515


Megan Medical Clinic
420 W Rowland St
Covina, CA  91723-2943


Midland Credit Mgmt
2365 Northside Dr Ste 300
San Diego, CA  92108-2709


Midland Funding
PO Box 603
Oaks, PA  19456-0603


Monarch Recovery Management Inc
10965 Decatur Road
Philadelphia, PA  19154


Nations Recovery
6491 Peachtree Industrial Blvd
Atlanta, GA  30360-2100


Nationwide Credit
PO Box 26314
Lehigh Valley, PA  18002-6314

North Shore Agency
270 Spagnoli Rd Ste 110
Melville, NY  11747-3515


Patriot Enviromental Lab Services
7271 Garden Grove Blvd Ste A
Garden Grove, CA  92841-4213


Pinnacle Financail Group
7825 Washington Ave S Ste 310
Minneapolis, MN  55439-2424


PMR Progressive LLC
22801 Ventura Blvd Ste 204
Woodland Hills, CA  91364-1239


Portfolio Recovery
140 Corporate Blvd Ste 100
Norfolk, VA  23502-4952


Progressive Management Systems
1521 W Cameron Ave Fl 1
West Covina, CA  91790-2738


San Mimas Community Hospital
c/o CMRE Financail Services
3075 E Imperial Hwy # 200
Brea, CA  92821-6753

Southwest Credit Systems
4120 International Pkwy Ste 1100
Carrollton, TX  75007-1958


Spectrum Communications
Time Warner Cable
PO Box 60074
City of Industry, CA  91716-0074


SW Credit Systems Inc
4120 International Pkwy Ste 100
Carrollton, TX  75007


Trinity
2618 San Miguel Dr Ste 303
Newport Beach, CA  92660-5437


United Recovery Systems LP
5800 N Course Dr
Houston, TX  77072


Verizon California
c/o Midland Funding
PO Box 603
Oaks, PA  19456-0603


Vion Holdings LLC
c/o Law OFfices of Curtis O Barnes
390 W Cerritos Ave
Anaheim, CA  92805-6550

```
Wells Fargo Home Mortgage
PO Box 14411
Des Moines, IA  50306-3411


Winn Law Group
110 E Wilshire Ave Ste 212
Fullerton, CA  92832-1960
```