# DECLARATION BY MICHAEL VALDEZ

# IN SUPPORT OF CONFIRMATION OF CHAPTER 13 PLAN

1. I am the Debtor in Bankruptcy Case Number 2:18-bk-17694-NB and have knowledge of the facts contained herein and can testify thereto.

2. I filed a Chapter 13 case in this court on July 3, 2018.

3. At the time of filing I was employed by ROHR, Inc., I was earning $17.07 an hour with a minimum 40 hours a week.

4. My monthly income without overtime was $2,731.20.

5. Since filing I have changed employers.

6. I am now employed by D & R Glass, Inc., and I am currently earning $42.15 an hour with a minimum 40 hours a week. See attached true and correct copies of current pay stubs as Exhibit A.

7. My monthly income without overtime has increased to $6,744.00.

8. Since my monthly income has increased I will be able to afford the monthly plan payments

I declare under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

Signed at Temecula, CA on October 22, 2018.

_____
Michael Valdez, Debtor

1

D & R GLASS INC
10676 FULTON CT
RANCHO CUCAMONGA CA 91730

ORG1:5470 Master Glaziers
EE ID: 858    DD

DATE: 09/26/2018    CHECK NO. 10648

PAY TO THE ORDER OF
MICHAEL S VALDEZ
23534 JUBILEE LANE
DIAMOND BAR CA 91765

Total Net Direct Deposit(s)
**$1312.08**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Michael S Valdez
23534 Jubilee Lane
Diamond Bar, CA 91765
Soc Sec #: xxx-xx-xxxx    Employee ID: 858

Home Department: 5470 Master Glaziers

Pay Period: 09/14/18 to 09/20/18
Check Date: 09/26/18    Check #: 10648

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 5034.22 |
| Chkg 1751 | 1312.08 | 5234.88 |
| NET PAY | 1312.08 | 10269.10 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 42.1500 | 1686.00 | 216.00 | 9072.40 |
| Vac/PAC Plan | | 2.0500 | 82.00 | | 555.56 |
| Overtime | | | | 55.00 | 3469.88 |
| adj ben dif | | | | | 39.50 |
| Total Hours | 40.00 | | | 271.00 | |
| Gross Earnings | | | 1768.00 | | 13137.34 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.62 | 814.52 |
| Medicare | | 25.63 | 190.49 |
| Fed Income Tax | M 6 | 120.72 | 621.31 |
| CA Income Tax | MI1 0 6 | 45.46 | 195.15 |
| CA Disability | | 17.68 | 131.37 |
| TOTAL | | 319.11 | 1952.84 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pac Ded | 2.00 | 13.56 |
| Union Dues | 54.81 | 359.84 |
| Vac Ded | 80.00 | 542.00 |
| TOTAL | 136.81 | 915.40 |

**NET PAY**    THIS PERIOD ($) 1312.08    YTD ($) 10269.10

0079 0079-C030  D & R Glass Inc • 10676 Fulton Ct • Rancho Cucamonga CA  91730 • (909) 945-0508

**D & R GLASS INC**
10676 FULTON CT
RANCHO CUCAMONGA CA 91730

0079-C030
ORG1:5470 Master Glaziers
EE ID: 858    DD

DATE: 10/03/2018
CHECK NO. 10750

PAY TO THE ORDER OF

MICHAEL S VALDEZ
23534 JUBILEE LANE
DIAMOND BAR CA 91765

Total Net Direct Deposit(s)
**$1312.08**
AMOUNT

VOID THIS IS NOT A CHECK ............................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Michael S Valdez
23534 Jubilee Lane
Diamond Bar, CA 91765
Soc Sec #: xxx-xx-xxxx    Employee ID: 858

Home Department: 5470 Master Glaziers

Pay Period: 09/21/18 to 09/27/18
Check Date: 10/03/18    Check #: 10750

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 5034.22 |
| Chkg 1751 | 1312.08 | 7785.45 |
| NET PAY | 1312.08 | 12819.67 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.00 | 42.1500 | 1686.00 | 256.00 | 10758.40 |
| Vac/PAC Plan | | 2.0500 | 82.00 | | 683.69 |
| Overtime | | | | 77.50 | 4892.44 |
| adj ben dif | | | | | 39.50 |
| Total Hours | 40.00 | | | 333.50 | |
| Gross Earnings | | | 1768.00 | | 16374.03 |
| Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.62 | 1015.19 |
| Medicare | | 25.63 | 237.42 |
| Fed Income Tax | M 6 | 120.72 | 753.53 |
| CA Income Tax | MI1 0 6 | 45.46 | 240.61 |
| CA Disability | | 17.68 | 163.74 |
| TOTAL | | 319.11 | 2410.49 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pac Ded | 2.00 | 16.69 |
| Union Dues | 54.81 | 460.18 |
| Vac Ded | 80.00 | 667.00 |
| TOTAL | 136.81 | 1143.87 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1312.08 | 12819.67 |

Payrolls by Paychex, Inc.

0079 0079-C030    D & R Glass Inc • 10676 Fulton Ct • Rancho Cucamonga CA 91730 • (909) 945-0508